CAMDEN SAFE DEPOSIT AND TRUST COMPANY, executor, &c.,
complainant-respondent,

*v.*

THOMAS H. STEPHEN, surviving executor, &c., of Isaac A.
Lee, deceased, et al., defendants-appellants.

[Argued May 22d, 1935.   Decided October 9th, 1935.]

*Mr. David R. Rose,* for the appellants.

*Mr. Thomas M. Farr,* for the respondents.

PER CURIAM.

Isaac A. Lee by his will directed that on the death of his
wife her remains be interred by his side in the family vault,
and her funeral expenses paid out of his estate.   She sur-
vived him over twenty years, and died in 1933 leaving a will
containing among other provisions the common clause direct-
ing her executor to pay debts and funeral expenses.   The will
named the complainant-respondent as executor.   The remains
of Mrs. Lee were interred as directed in her husband's will,
the respondent paid the funeral expenses in the first instance
and claimed reimbursement from the husband's estate, which
being refused, it filed the bill in this case based on that claim
with others.

The vice-chancellor properly held that complainant's primary duty was to pay the funeral expenses, and that such payment was not, nor was the clause in Mrs. Lee's will, a waiver of the right to have the husband's estate make reimbursement. We concur in his conclusions, and the decree under review is therefore affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.